**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000711
14-DEC-2016
08:00 AM**

NO. CAAP-16-0000711

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF JP

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 16-00051)

ORDER GRANTING THE DECEMBER 12, 2016 "MOTION TO
WITHDRAW APPEAL FROM THE ORDER AWARDING FOSTER CUSTODY"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Motion to Withdraw Appeal from the Order Awarding Foster Custody, Filed October 5, 2016," filed on December 12, 2016 by Appellant-Mother and the records herein,

IT IS HEREBY ORDERED that the motion is granted. The appeal is dismissed.

DATED: Honolulu, Hawai'i, December 14, 2016.

Chief Judge

Associate Judge

Associate Judge